935 A.2d 1267

Juan MATOS, Petitioner,

v.

Thomas CORBETT, Attorney General of the Commonwealth of Pennsylvania, James Wynder, Superintendent, SCID, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 150 EM 2007.

Supreme Court of Pennsylvania.

Oct. 24, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition Pro Breve D'Habeas Corpus Ad Subjiciendum is denied.